(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

UNITED STATES DISTRICT COURT
FILED
JAN 15 2026
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

for the

Western District of New York

Jerome C. Edmonds

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

PRIMECARE MEDICAL INC
MONROE COUNTY JAIL

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 26-cv-6060
(to be filled in by the Clerk's Office)

MAV

JURY TRIAL: Yes ✓ / No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

(Rev. 01 21) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Jerome Edmonds
    All other names by which you have been known:
    ID Number: 33061 33386
    Current Institution:
    Address: 130 S. Plymouth Ave
    Rochester, NY 14614
        City    State    Zip Code

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name: Monroe County Sheriff Todd K. Baxter
    Job or Title (if known): Sheriff
    Shield Number:
    Employer: Monroe County Sheriff Dept
    Address: 130 S. Plymouth
    Rochester, NY 14614
        City    State    Zip Code
    [✓] Individual capacity  [✓] Official capacity

Defendant No. 2
    Name: Monroe County Under Sheriff Korey Brown
    Job or Title (if known): Under Sheriff
    Shield Number:
    Employer: Monroe County Sheriff Dept
    Address: 130 S. Plymouth Ave
    Rochester, NY 14614
        City    State    Zip Code
    [✓] Individual capacity  [✓] Official capacity

(Rev. 01.21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
   Name: Marsh Scott
   Job or Title *(if known)*: Top medical provider
   Shield Number:
   Employer: Prime Care
   Address: 130 S. Plymouth
      Rochester    NY    14614
      City    State    Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
   Name:
   Job or Title *(if known)*:
   Shield Number:
   Employer:
   Address:
      City    State    Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

  A.  Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [X] State or local officials (a § 1983 claim)

  B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am being forced to sleep on deflated mattresses & I constantly feel metal bed frames sticking & poking me in my back to the point I have developed nerve damage

  C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Todd Baxter Korey Brown have done nothing to accomadate I's housed in The main frame area of the monroe county Jail they are forcing me & others to sleep on deflated mattresses on metal bed frames injuring our bodies this is cruel & unusual punishment & no person shall be deprived life liberty or property

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other (explain)

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose. I've been in monroe county jail for 7 months I never had these issues until now this started here in monroe county jail

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

in the main frame & about 4 or 5 months after being here and for 7 months now in totality I've now been diagnosed with chronic nerve damage in monroe county jail

Page 4 of 11

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

**D.** What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Im in monroe county Jail and Sheriff Todd Baxter & under Sheriff Korey Brown know that the main frame area of the monroe county JAIL Is unconstitutional forcing inmates to sleep on deflated mattresses on hard metal Bed Frames

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Chronic Nerve Damage

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am Requesting $2,500,000.00 because its Been 7 months since the pain of my nerve damages & the abuse is still ongoing

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). *Monroe County Jail*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

*How I Recieved Nerve Damage in my Back, neck, Arm, and Hands*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?

   Monroe County Jail

2. What did you claim in your grievance?

   That Im Being Forced to sleep on Deflated mattresses on metal Bedframes & it caused me Nerve Damage in my Back and neck that shoots through my whole body

3. What was the result, if any?

   Denial of double mattresses & really given no relief

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I appealed to the highest level & I was denied by Sgt Prince

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Rev. 01 21) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)

    Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/17/25

Signature of Plaintiff: Jerome Edmonds
Printed Name of Plaintiff: Jerome Edmonds
Prison Identification #: 3306133386
Prison Address: 130 S. Plymouth Ave
Rochester, NY 14614

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Page 10 of 11

Revised 05/01 WDNY

# AFFIDAVIT OF SERVICE

(If you are having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Jerome Edmonds,

Plaintiff(s),

AFFIDAVIT OF SERVICE

v.

_____-CV-_____

Todd K. Baxter,

Defendant(s).

STATE OF NEW YORK   )
COUNTY OF Monroe   ) ss.:

I, (print your name) Jerome Edmonds, served a copy of the attached papers (state the name of your papers) _____

upon all other parties in this case
by mailing [✓] by hand-delivering [ ] (check the method you used)
these documents to the following persons (list the names and addresses of the people you served)

Todd K. Baxter                    Korey Brown
130 S. Plymouth Ave               130 S. Plymouth
Rochester, New York 14614         Rochester, New York 14614

on (date service was made) _____

_Jerome Edmonds_
(your signature)

Sworn to before me this 19
day of December 2025

OKSANA DUBILEVSKAYA
Notary Public - State of New York
No. 01DU0012610
Qualified in Monroe County
My Commission Expires 08/24/2027

Notary Public

Revised 05/01 WDNY

# AFFIRMATION OF SERVICE
(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Jerome Edmonds,

Plaintiff(s),

v.

Todd K. Baxter & Korey Brown,

Defendant(s).

AFFIRMATION OF SERVICE

_____-CV-_____

I, (print your name) Jerome Edmonds, served a copy of the attached papers (state the name of your papers) _____

_____ upon all other parties in this case by mailing [✓] by hand-delivering [ ] (check the method you used) these documents to the following persons (list the names and addresses of the people you served) _____

on (date service was made) 12/31/25

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on _____  Jerome Edmonds
            (date)            (your signature)